ACHILLE J. OISHEI, Respondent, *v.* PENNSYLVANIA RAILROAD COMPANY, Appellant, Impleaded with Another.

Reported below, 117 App. Div. 110.
(Argued May 20, 1907; decided May 28, 1907.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 19, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the appeal was unauthorized as coming within the exceptions set forth in subdivision 2 of section 191 of the Code of Civil Procedure.

*Achille J. Oishei* for motion.

*Norman B. Beecher* opposed.

Motion denied, with ten dollars costs.